# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br>v.<br>**ANDRE JOHANNES ISCHLER SIMONET,**<br>    Defendant. | **Case No. 4:23-cr-383-CLM-NAD** |

## ORDER

As discussed during the October 14, 2025 phone conference, the court **GRANTS** Simonet's motion to continue the October 17, 2025, change of plea hearing (doc. 221). The court sets this case for trial below.

### A. Trial Date

Unless otherwise ordered, the court will hold a jury trial in the United States Courthouse, Anniston, AL 36201 (1100 Gurnee Ave.), on **December 15, 2025, starting at 8:15 AM Central.**

After hearing from the parties about Simonet's current medical condition, the court finds that the ends of justice served by continuing the trial to until December 15 outweighs the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Thus, the time between today's date and December 15, 2025, is excludable time for purposes of the Speedy Trial Act, 18 U.S.C. § 3161.

### B. Pretrial

The court **SETS** a pretrial conference for **8:30 AM Central on December 5, 2025**, in the United States Courthouse, Anniston, AL 36201 (1100 Gurnee Ave.). The Defendant is **ORDERED** to attend this pretrial conference.

### C. Upcoming deadlines

The new pretrial and trial deadlines are as follows:

| Event | Date/Deadline |
|---|---|
| Government Witnesses + Exhibits<br>Defendant Witnesses + Exhibits | October 31, 2025<br>November 7, 2025 |
| Motions in Limine<br>Responses + Objections to Exhibits | November 14, 2025<br>November 19, 2025 |
| Voir Dire Questions + Jury Charges | December 2, 2025 |
| Pretrial Conference | December 5, 2025, at 8:30 AM Central in Anniston |
| Jury Trial | December 15, 2025, starting at 8:15 AM Central in Anniston |

The parties should follow all other instructions set forth in the court's original trial scheduling order (doc. 155).

### D. Further continuances

The court will ***not*** grant another continuance based on a letter or note that says Simonet is unable to travel unless:

> The letter is (a) signed by a physician (not an EMT or physician assistant) who (b) states that he or she is aware that the purpose of the travel is for Simonet to appear in federal court for his criminal trial.

### E. Rule 20 transfer

Both parties told the court that they are agreeable to a Rule 20 transfer to the District of Minnesota but have not obtained the consent of that district's United States Attorney. This court finds that a Rule 20 transfer would benefit both parties—and that the Minnesota USA should therefore

consider accepting the transfer. But the court will not continue the December trial date awaiting that USA's response.

    **Done** and **Ordered** on October 14, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE