USA-163 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

ANDRE JOHANNES ISCHLER SIMONET, a/k/a "Chief"

CRIMINAL NUMBER:

4:23-cr-00383-CLM-NAD-5

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Andre Johannes Ischler Simonet, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead Guilty (Count One) to the offense charged, to consent to the disposition of the case in the _____ District of Minnesota in which I am present (am under arrest, am held) and to waive trial in the above captioned District.

Dated: November 11th 20 25 at 11 am

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the District of
Minnesota

_____
United States Attorney for the Northern District of
Alabama

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>MIDDLE DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANDRE JOHANNES | )    Case No. 4:23-cr-00383-CLM-NAD |
| ISCHLER SIMONET, | ) |
| *aka* "Chief," | ) |
| | ) |
| Defendant. | ) |

<u>NOTICE OF CONSENT TO RULE 20 TRANSFER</u>

I, ANDRE JOHANNES ISCHLER SIMONET, state as follows:

1. Pursuant to Federal Rule of Criminal Procedure 20(a), I am consenting to the transfer of my case from the United States District Court for the Northern District of Alabama to the United States District Court for the District of Minnesota for plea and sentencing.

2. On October 14, 2025, I filed a motion to continue a change of plea hearing set for October 17, 2025, in Birmingham, Alabama. In the motion, I noted my on-going medical issues and participation in a three-week pain rehab clinic. I attached notes from healthcare providers stating that I should not participate in activities that require greater than one hour of travel.

3. I have reviewed the Court's October 14, 2025 Order granting my motion to continue and understand that the Court has stated it will not grant another

continuance without a letter "signed by a physician (not an EMT or physician assistant) who . . . states that he or she is aware that the purpose of the travel is for [me] to appear in federal court for [my] criminal trial."

4.  Should this matter be transferred to the United States District Court for the District of Minnesota, I am prepared and medically able to attend a change of plea hearing in Minneapolis, Minnesota, set any time after October 31, 2025. I will not seek a continuance of any date the United States District Court for the District of Minnesota sets for a change of plea hearing. None of the conditions mentioned in my October 14 Motion to Continue will prevent me from attending a hearing in Minneapolis. I understand that my bond conditions require me to appear for all hearings set by the Court, and that failure to appear at such a hearing could result in the issuance of a warrant for my arrest and revocation of my pretrial release bond.

11/7/25
DATE

_____
ANDRE JOHANNES ISCHLER SIMONET
Defendant

11/7/2025
DATE

_____
RACHEL H. PINSON
Defendant's Counsel

2